UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY SNELLER and SHERRY MILLS-SNELLER, husband and wife,

Plaintiffs,

v.

CITY OF BAINBRIDGE ISLAND, et al.,

Defendants.

Case No. C07-5338RBL

ORDER REQUESTING RESPONSE TO MOTION FOR RECONSIDERATION

This matter comes before the Court on Defendant City of Bainbridge Island's Motion for Reconsideration [Dkt. #81]. On November 6, 2008, the court granted Plaintiffs' Motion to Dismiss pursuant to Fed. R. Civ. P. 41, and dismissed Plaintiffs' claims against the City without prejudice. It also Dismissed the Plaintiffs' claims against the State without prejudice, and all claims against all individual defendants with prejudice. [Dkt. #80]. The City of Bainbridge Island seeks reconsideration of the court's order dismissing the claims against it without prejudice, pointing out that the Plaintiffs' Motion was not yet "ripe" and that it had filed a dispositive Motion seeking dismissal with prejudice. The City asks the court to consider and rule upon the merits of that Motion, to avoid it having to again defend this lawsuit from the beginning, if Plaintiffs' choose to re-file their claims against the City in state court.

Under Local Rule CR 7(h), no motion for reconsideration will be granted unless an opposing party has been afforded the opportunity to file a response. The court hereby REQUESTS that the Plaintiffs file a short Response to the Motion for Reconsideration. This Response should focus on the issue of their ability

to preclude the Court from considering the merits of the City's Motion for Summary Judgment by filing a Motion Dismiss under Rule 41, the day before the City has informed them it will file its Motion. Plaintiffs may file a response to the Motion for Reconsideration by November 21, 2008.

IT IS SO ORDERED.

DATED this 17th day of November, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE