HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY SNELLER and SHERRY MILLS SNELLER, husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAINBRIDGE ISLAND, a Washington Municipal corporation, et al.,<br><br>Defendant. | Case No. C07-5338 RBL<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

THIS MATTER is before the Court on Defendant City of Bainbridge Island's Motion for Reconsideration [Dkt. #81]. The City asks the court to Reconsider its Order [Dkt. #80] Dismissing the Plaintiffs' claims against the City without prejudice pursuant to Rule 41, and declining to consider the merits of the City's then-pending Motion for Summary Judgment [Dkt. #72].

The Court has reviewed the Motion, the plaintiffs' response, and the underlying Order. The Motion for Reconsideration [Dkt. #81] is DENIED.

IT IS SO ORDERED.

Dated this 26th day of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE