HONORABLE ROBERT G. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| JEFFREY SNELLER and SHERRY MILLS SNELLER, husband and wife,<br><br>                        Plaintiffs,<br><br>     v.<br><br>CITY OF BAINBRIDGE ISLAND, a Washington municipal corporation, acting through its Department of Planning and Community Development, and Department of Public Works and MEGHAN McKNIGHT, its Code Enforcement Officer, in her individual capacity; BOB EARL, its Public Works Director, in his individual capacity; DARLENE KORDONOWY, its Mayor, in her individual capacity, et al.<br><br>                        Defendants. | No. 3:07-CV-5338<br><br>**FINAL JUDGMENT** |

## JUDGMENT SUMMARY

Pursuant to RCW 4.64.030, the following information should be entered in the clerk's Execution Docket:

**1. Judgment Creditors:**                      **The City of Bainbridge Island; Meghan McKnight; Robert Earl**; and **Darlene Kordonowy**

| | | |
|---|---|---|
| 2. **Attorneys for Judgment Creditor:** | | Michael C. Walter; and Randal W. Ebberson c/o KEATING, BUCKLIN & MCCORMACK, Inc., P.S., Seattle, WA |
| 3. **Judgment Debtors:** | | **Jeffrey and Sherry Mills-Sneller**, individually and as a marital couple; and **Edmund K. Kamai**, attorney at law, jointly and severally |
| 4. **Attorney for Judgment Debtors:** | | Edmund K. Kamai Attorney at law, Seattle, WA. |
| 5. **Principal Judgment Amount:** | | n/a |
| 6. **Total Costs and Attorneys' Fees:** | $24,000.00 | |
| 7. **Interest to-date of Judgment:** | | $ - 0 - |
| 8. **Fees and costs shall bear interest at 12.00 % per annum.** | | |
| 9. **Total Judgment Award:** | | **$24,000.00** |

## JUDGMENT

Consistent with its PRIOR ORDERS [Dkt. Nos. 55; 80; and 87], the Court enters judgment in this matter as follows:

1. All of the Sneller's claims and/or causes of action against all individual defendants (City and State officials or employees), in both their individual and official capacities, are DISMISSED WITH PREJUDICE;

2. The Snellers' Third Cause of Action against the Bainbridge Island Defendants for violation of the Washington State Constitution, ¶¶ 6.1 – 6.4 of their Second Amended Complaint, dated January 11, 2008, is DISMISSED WITH PREJUDICE;

3. All claims for conspiracy or civil conspiracy in the Seventh Cause of Action, ¶¶ 10.1 – 10.3, of the Snellers' Second Amended Complaint, are DISMISSED WITH PREJUDICE;

4. All claims for punitive damages against the Bainbridge Island Defendants are DISMISSED WITH PREJUDICE;

5. Any remaining claims against the Defendant City of Bainbridge Island are DISMISSED WITHOUT PREJUDICE;

6. Any remaining claims against the Defendant State of Washington are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 15th day of December, 2008.

RONALD B. LEIGHTON
UNITEDSTATESDISTRICT JUDGE